IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF: | : |
| | : |
| **HILDA DIANE SINGLETARY,** | : |
| | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| | : NO. 16-2098 |
| **PNC BANK NATIONAL ASSOCIATION,** | : |
| | : |
| | : |
| **Defendant.** | : |

# ORDER

**AND NOW**, this 22nd day of February, 2017, upon consideration of Appellee's Uncontested Motion to Dismiss Appeal (Doc. No. 6), Appellee's Memorandum In Support of the Motion to Dismiss (Doc. No. 11), and after a telephone conference with counsel regarding the Motion to Dismiss, **IT IS HEREBY ORDERED** that:

1. Appellee's Motion to Dismiss (Doc. No. 6) is **GRANTED**.

2. This case is **DISMISSED without prejudice**.

3. Judgment is entered in favor of PNC Bank National Association against Hilda Diane Singletary.

4. This case is **CLOSED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.